UNITED STATES DISTRICT COURT
District of Maine

C.G. AND B.S., AS PARENTS AND )
NEXT FRIENDS OF A.S., A MINOR, )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civil No. 05-237-P-S
                               )
FIVE TOWN COMMUNITY SCHOOL     )
DISTRICT and MAINE DEPARTMENT  )
OF EDUCATION,                  )
                               )
        Defendants.            )

## AMENDED ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 12, 2007, his Recommended Decision (Docket No. 48). Plaintiffs filed their Objection to the Recommended Decision (Docket No. 51) on March 16, 2007. Defendant Five Town C.S.D. filed its Opposition to Plaintiff's Objection (Docket No. 53) on April 2, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**;

2. It is **ORDERED** that judgment be entered against Plaintiffs and for Defendants, Five Town Community School District and Maine Department of Education;

3. It is also **ORDERED** that Plaintiffs' request for oral arguments in the course of its *de novo* review of the record in this case is **DENIED**.

                                        /s/George Z. Singal
                                        George Z. Singal
                                        Chief U.S. District Judge

Dated: April 10, 2007